UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNN MELANCON, ET AL. | CIVIL ACTION |
| VERSUS | NO.: 12-2455 c/w 12-2761 c/w 12-3051 |
| GREAT SOUTHERN DREDGING, INC., ET AL. | SECTION: "K" |
| | JUDGE: STANWOOD R. DUVAL, JR. |
| | MAGISTRATE (2)<br>*This case pertains to 12-2761* |

## AMENDING INTERVENTION COMPLAINT

**NOW INTO COURT**, come Intervention-Plaintiffs, Timothy J. Falcon and The Falcon Law Firm, APLC (hereafter collectively referred to as "Falcon-Intervenors"), who amend their Intervention Complaint (Rec. Doc. 114-6) in accordance with the court's order dated January 21, 2015 (Rec. Doc. 129). Falcon-Intervenors do so without waiving any objections and/or defenses, particularly regarding lack of subject matter jurisdiction, which was raised and briefed in their previously filed 12 (b) (1) motion to dismiss (Rec. Doc. 132). Falcon-Intervenors amend their intervention complaint as follows:

1. Falcon-Intervenors incorporate by reference all allegations set forth in their Intervention Complaint (Rec. Doc. 114-6) as if copied herein its entirety.

2. Falcon-Intervenors were retained on February 24, 2012 as legal counsel for Intervention Defendants, Michael Guidry and Monica Guidry (hereinafter the "Guidry Defendants"), *via* contingency fee contract, to represent them in litigation related to Michael Guidry's accident of December 29, 2011 (hereinafter the "Underlying Litigation").

3. During the representation, the Falcon Plaintiffs performed valuable legal services on behalf of Michael Guidry and Monica Guidry in prosecution of the Underlying Litigation and advanced expenses on their behalf totaling $20,905.25.

4. The contingency fee contract executed by the Guidry Defendants provides for a 40% contingency fee on any funds recovered after suit is filed. See Contingency Fee Contract, Attached as Exhibit 1.

5. Pursuant to the aforementioned contingency fee contract, Falcon-Intervenors performed valuable legal services including but not limited to: filing a Workers' Compensation claim on August 9, 2012 with the U.S. Department of Labor; properly filing suit in this Court, the 24th Judicial District Court, on October 10, 2012 – case number 719923, Division M, *Michael and Monica Guidry v. Great Southern Dredging, Inc. and L & A Contracting Company*; responding to Great Southern Dredging, Inc.'s (Defendant in the underlying claim) Limitation of Liability Complaint in Federal District Court for the Eastern District of Louisiana on January 15, 2013; coordinating and securing the Medical treatment, including surgery, of Michael Guidry; providing loans to Michael and Monica Guidry; providing counsel to Michael and Monica Guidry; taking substantive steps to protect and advance Michael and Monica Guidry's Workers' Compensation Claim, State

Court Claim, and Federal Court Claim; conducting discovery in the aforementioned claims; and developing and implementing trial strategy for the successful resolution of Michael and Monica Guidry's claims.

6. Michael and Monica Guidry settled their claim for 1.7 million dollars. The 40% contingency fee due pursuant to the contract executed by Michael and Monica Guidry amounts to $680,000.00.

7. The $680,000.00 fee is to be allocated between Falcon-Intervenors and Waitz Defendants according to the respective services and contributions of the attorneys for work performed and other relevant factors.

8. Waitz Defendants owe an accounting for that portion of the fee to which they are entitled.

9. Pursuant to the contingency fee contract executed by the Guidry's, Falcon-Intervenors are entitled to their fee of $680,000.00; minus any funds due to Waitz Defendants, as shown by their accounting.

**WHEREFORE**, Intervenors, Timothy J. Falcon and the Falcon Law Firm, pray that after due proceedings are had, that there be judgment rendered in their favor, and against defendants-in-intervention, Michael and Monica Guidry, for all of the relief and protection prayed for in this Complaint, and for all sums due and owing, and for all other general and equitable relief.

Respectfully Submitted,

/s/  Timothy J. Falcon
Timothy J. Falcon, #16909
Email: tim@falconlaw.com
Jarrett S. Falcon, #34539
Email: jarrett@falconlaw.com

                                            Falcon Law Firm
                                            5044 Lapalco Blvd.
                                            Marrero, LA  70072
                                            Telephone: (504) 341-1234
                                            Facsimile: (504) 341-8115

                                            _____/s/ Conrad S. P. Williams, III_
                                            Conrad S. P. Williams, III, Esq., #14499
                                            Email: duke@williamslawgroup.org
                                            Williams Law Group, LLC
                                            Houma Address:  Maison Caillou,
                                            435 Corporate Drive,
                                            Houma, LA 70360
                                            New Orleans Address:
                                            909 Poydras Street, Suite 1625
                                            New Orleans, LA  70112
                                            Telephone: 985.876.7595
                                            Facsimile: 985.876.7594
                                            ***Counsel for Plaintiff-Intervenors***


## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this 11th day of February, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                                      _____/s/ Timothy J. Falcon_____
                                                      Timothy J. Falcon